

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2019

No. 04-18-00865-CV

**IN RE THE COMMITMENT OF M.A.C.**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23282
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

On July 17, 2019, we abated this *Anders* appeal to the trial court for appointment of new counsel to prepare and file an appellant's brief on the merits. A supplemental clerk's record containing the trial court's order appointing Ms. Judith Wemmert as new appellate counsel was filed. On August 23, 2019, we reinstated the case and ordered appellant's brief due on or before September 23, 2019. To date, appellant's brief has not been filed. It is therefore ORDERED that appellant's appointed appellate counsel, Ms. Judith Wemmert, file appellant's brief in this appeal no later than November 1, 2019. If the brief is not filed by such date, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Ms. Wemmert for failing to timely file appellant's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk